UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

RECEIVED

MAY 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff Robert Scott Lavin

vs.                            CIVIL CASE NO. 08 C 50084

Kapala

Defendant Public Defenders office (Garza)

## COMPLAINT

I was talking with my public defender, she asked me if I wanted to plead guilty or not guilty and I said guilty. She then proceeded to go up in front of the judge with me and say that I needed to be found mentally fit to stand trial because I couldn't aid in the defense of my case. I didn't need to aid in the defense of my case because I was pleading guilty, I also was not going to stand trial for anything also because I plead guilty. Because I plead guilty she put me in Elgin Mental Health Center for 11 months where they gave me 5 kinds of medications 3 times a day and monitered my actions. They never came and picked me up for my court date 17 days later but left me in there for 11 months.

Janet Wattles Mental Health Center still has me on medication to this day, and I got setenced to Elgin Nov 1st 2005. <u>I took all the reprocusions and consequenses of my public defenders actions!</u> I got out of Elgin had to stand in front of the Judge and answer the most degrading questions like who is the president of the united states what is the date. She stated that I was going in to be able to stand trial. I couldn't say one thing about it or I would have been held in contempt. The point is all I did was spend 11 months in Elgin for no reason noone ever saw that I never stood trial or didn't need to aid in the defense of my case not even the judge. He just thought I was going in there to prove I knew my name and the such. Nobody said isn't he gonna stand trial? <u>How could anyone ever expect this from their public defender? They are the Government, I trusted all of them to be very profetional.</u> Now I'm scared of having a post tramatic stress disorder from this.

— mental pain and anguish-right now!
— Government misconduct
— Malicious prosecution
— Day for day in a lock down mental disorder treatment facility
— defimation of character
— neglect for 10½ months after saying my next court date was 17 days later.

<u>On Back</u>

Signature: [signed]

Street Address: 215 Carlton Terrace

City: Rockford   State: IL   Zip: 61103

Phone Number: 1-779-423-3669

1-815-962-2842

my life will never be the same because of this. But She obviously thought I was stable enough to take all the ~~repercussions~~ repercusions & consequenses of her actions. If anything, my pleading guilty would have helped this not happen. I wasn't going to stand trial - so I didn't need to be found mentally fit to stand trial. (pleading Guilty) ~~Is~~ And she charged that I couldn't aid in the defense of my case. First, I couldn't, because I'm not the public defender, second, I commited the offense third, I don't know anything about the law, ~~fourth~~ ~~it~~ it's the public defenders job and finally, I Pleaded guilty and didn't need or have to aid in the defense of my case. Also on November first when I was being setenced they said that I would be back in Court on the 18th of November but they left me ~~me~~ in there for eleven months and never contacted me. I never accepted an 11 month stay anywhere, it was never said to me at anytime until I was in Elgin Mental Health Center and locked down. Then I found out. I was told though however that my next court date was the 18th of November. I never excepted a sentence. And now I think they took some Not so noble ways to trap me & show no remorse

I want to be compensated because of the above stated wrongs. I tell you this much this is the situation that already happened. What defense can you hold against it? You can only work with what your given, just like I am right now. How can you hope to defend against what you only have to work with? It's where it came from. The situation is the situation, not defense or denial about what was done to me. If you will let me speak plainly, witness to the court or Your Honor. I've been living in my head pretty much since this ordeal started, wondering what I did wrong. The only thing that is going to be focused on and sought after if this goes to court is leverage. At first the focus is going to be on the public defender. They will swing the focus away from the public defender, because it will be the second time the actions were brought up, this time, they are both about the public defenders actions. I don't mean to use a sharp toung or demeaner but they are going to try to, at the point of the focus being taken away from the public defender (because if the focus had stayed there, it would have meant if they didn't they would have been charging me twice for the

same offense) why would the focus have been had to have been taken away when it is the public defenders actions to give or take. I plead guilty. I think they are trying to steer the focus away from their not being proof that I plead guilty. That is kind of a strange stand out. Me pleading guilty—there being no proof of me pleading guilty and the contridiction situation of me being sent to Elgin Mental Health Center to be found mentally fit to stand trial because I couldn't aid in the defense of my case. And never stood trial, since the first time I've had a public defender, I've never once plead not Guilty, it's in my records. That would be lying. If I actually had something in my life like the ability to say not guilty any time I wanted to, I wouldn't keep finding myself in these these lowly situations. There is no focus about me pleading guilty, and then, the public defender taking the actions. All there is going to be is a big wonderment about why we are all there. I need to prove or bring (I'm unsure what the legal terminaligy is for the equivalant to showing that— nevermind I remember) reasonable doubt to believe that they are going to try to take what has happened to me use it as their defense

*[margin note top: of my pleading guilty had already done that]*

and trying to do it twice, this next time being the second time just to cover up the fact that I plead guilty. That the public defender took those actions, and there is nothing at all here in this trial or on anybody's side, but they are doing something what are they doing it for? They are & still doing this thing that we don't understand and wouldn't understand. You know why they are going to keep playing this game that means nothing at all <u>Because they don't know</u> that nobody knows that there is no evidence about me pleading guilty, and there we have them.

I need to find and present probable cause for my <u>public defenders actions</u>, now it's even gone so far as to seem I'm accusing her when she's the one who took the actions. Now I'm thinking it's different having probable cause to believe that she took the course of action she did after I had already plead guilty. I didn't need to be found mentally fit to stand trial and I didn't need to aid in the defense of my case. I would have <u>possibly</u> had to had I plead not guilty

thank you

Robert Lahti

*[signature]*

*[left margin note: meaning proving she is just going off of there is going to be "no proof that I plead guilty" which allowed her to take the actions she did. Even if I did plead not guilty I had representation instead of needing to be found mentally fit to stand trial or aid in the defense of my pleading guilty had already done that I would have]*

but I never stood trial reguardless.
It's then obvious that my public defenders actions were not persuant to my being in trial. And why would I need to aid in the defense of my case IF I was going to have representation?

   I don't know how much to ask for if all of these things are true thats the part I'm going to need help on.

of all the times I've plead guilty (every time) how come this has never happened?

   My name is Robert Lahti I was born in this world to, not to be treated this way. My innocence until proven guilty was taken away and I even plead guilty.

                          thank you
                            Robert Lahti