## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50084 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Lahti vs. Public Defenders | | |

**DOCKET ENTRY TEXT:**

Hearing held on plaintiff's application to proceed in forma pauperis [3] and motion for appointment of counsel [4] and continued to next Friday, June 6, 2008 at 9:00 a.m. (NOT June 13, 2008 as incorrectly stated in open court).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|