# United States District Court
## Northern District of Illinois
### Western Division

Robert Scott Lahti                **JUDGMENT IN A CIVIL CASE**

    v.                          Case Number: 08 C 50084

Public Defenders Office (Garza)

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's application for leave to proceed in forma pauperis is denied and this case is dismissed in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).  In addition, this case was called for hearing and based on plaintiff's failure to appear in court, this case is dismissed for want of prosecution.  This case is closed.

                                          Michael W. Dobbins, Clerk of Court

Date: 6/6/2008                             _____
                                               /s/ Susan Wessman, Deputy Clerk